IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JEANA ENNIS BLUNT and CHARLES BLUNT,**<br>        Plaintiffs,<br><br>        v.<br><br>**THE RITZ-CARLTON HOTEL COMPANY, LLC,**<br>        Defendant. | CIVIL ACTION<br><br><br><br>NO.  15-6637 |

# O R D E R

**AND NOW**, this 21st day of March, 2017, upon consideration of defendant the Ritz-Carlton Hotel's Motion for Summary Judgment (Document No. 33, filed January 30, 2017) and Plaintiffs' Response in Opposition to Defendant's Motion for Summary Judgment (Document No. 35, filed February 20, 2017), for the reasons set forth in the accompanying Memorandum dated March 21, 2017, **IT IS ORDERED** that Ritz-Carlton's Motion for Summary Judgment is **GRANTED IN PART** and **DENIED IN PART**, as follows:

    1.    That part of Ritz-Carlton's Motion that seeks summary judgment on Jeana Blunt's negligence claim based on a dangerous condition created by liquid on the staircase is **GRANTED**.

    2.    That part of Ritz-Carlton's Motion that seeks summary judgment on Jeana Blunt's negligence claim based on a dangerous condition created by the worn and slippery steps is **DENIED**.

    3.    That part of Ritz-Carlton's Motion that seeks summary judgment on Charles Blunt's loss of consortium claim is **DENIED**.

    **IT IS FURTHER ORDERED** that on or before April 3, 2017, counsel shall jointly report to the Court (letter to Chambers, Room 12613) with respect to whether the case is settled.

In the event the case is not settled on or before April 3, 2017, counsel shall include in their joint report a statement as to whether they believe a settlement conference before a magistrate judge or mediation under Local Civil Rule 53.3 and the Mediation Protocol Under Local Civil Rule 53.3 might be of assistance in resolving the case and, if so, on what form of alternate dispute resolution they agree and by what date they will be prepared to begin such proceedings.  If the parties agree on alternative dispute resolution and deem it appropriate to suspend further proceedings under the Scheduling Order until the question of settlement is fully explored, they should request a *vacatur* of the Scheduling Order in their joint report.

**BY THE COURT:**

**/s/ Hon. Jan E. DuBois**

**DuBOIS, JAN E., J.**