IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEANA ENNIS BLUNT and<br>CHARLES BLUNT,<br>            Plaintiffs,<br><br>     v.<br><br>THE RITZ-CARLTON HOTEL<br>COMPANY, LLC,<br>            Defendant. | CIVIL ACTION<br><br><br><br>NO. 15-6637 |

## O R D E R

**AND NOW**, this 19th day of June, 2017, upon consideration of Defendant The Ritz-Carlton Hotel Company LLC's Motion to Exclude the Expert Reports and Testimony of Daniel Banks, P.E. (Document No. 34, filed June 30, 2017), Defendant The Ritz-Carlton Hotel Company LLC's Motion for Reconsideration of the Court's Order Denying in Part Defendant's Motion for Summary Judgment (Document No. 40, filed March 31, 2017), and Plaintiffs' Motion for Reconsideration of the Court's Order Granting in Part Defendant's Motion for Summary Judgment (Document No. 41, filed April 4, 2017), it having been reported that the issues between the parties in the above action have been settled, **IT IS ORDERED** as follows:

    1.    Defendant The Ritz-Carlton Hotel Company LLC's Motion to Exclude the Expert Reports and Testimony of Daniel Banks, P.E. is **DENIED AS MOOT**;

    2.    Defendant The Ritz-Carlton Hotel Company LLC's Motion for Reconsideration of the Court's Order Denying in Part Defendant's Motion for Summary Judgment is **DENIED AS MOOT**;

    3.    Plaintiffs' Motion for Reconsideration of the Court's Order Granting in Part Defendant's Motion for Summary Judgment is **DENIED AS MOOT**; and,

4. Pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, the above action is **DISMISSED WITH PREJUDICE**, by agreement of counsel, without costs.

          **BY THE COURT:**

          /s/ Hon. Jan E. DuBois
          _____
            DuBOIS, JAN E., J.